
FILED IN OPEN COURT
ON 9-23-2020
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-442-1(4)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| TERESA LYN FLETCHER ) | |

The Grand Jury charges that, at all relevant times:

## INTRODUCTION

1. The National Credit Union Administration was an independent federal agency that insured deposits at federally insured credit unions, protected the members who owned credit unions and chartered and regulated federal credit unions.

2. State Employees' Credit Union was a North Carolina state-chartered credit union, the accounts of which were insured by and through the National Credit Union Administration.

## COUNT ONE

3. The allegations contained in Paragraphs 1 through 2 above are re-alleged and incorporated herein by this reference.

4. On or about July 11, 2019, in the Eastern District of North Carolina and elsewhere, the defendant, TERESA LYN FLETCHER, did knowingly make and cause to be made false statements to State Employees' Credit Union, including regarding her residency and employment, in applying for a vehicle loan, said statements having

been made for the purpose of influencing the action of State Employees' Credit Union with respect to such loan.

All in violation of Title 18, United States Code, Section 1014.

## COUNT TWO

5. The allegations contained in Paragraphs 1 through 2 above are re-alleged and incorporated herein by this reference.

6. On or about August 5, 2019, in the Eastern District of North Carolina and elsewhere, the defendant, TERESA LYN FLETCHER, did knowingly make and cause to be made false statements to State Employees' Credit Union, including regarding her residency, employment, judgment history, and foreclosure history in applying for a residential mortgage loan, said statements having been made for the purpose of influencing the action of State Employees' Credit Union with respect to such loan.

All in violation of Title 18, United States Code, Section 1014.

2

## FORFEITURE NOTICE

Upon conviction of any one or more of the offenses alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained directly or indirectly as a result of the said offenses, or any property traceable to such property.

The forfeitable property includes, but is not limited to, real property, with all improvements thereto, legally described in a deed recorded in Book 5425, Page 571–572 of the Johnston County Registry, being last titled in the name of Lyn Fletcher, and having the street address of 35 Oglethorpe Avenue, Clayton, North Carolina 27527.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A TRUE BILL

*FOREPERSON*

Date: 9·22·20

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

ROBERT J. HIGDON, JR.
United States Attorney

*signature*

ADAM F. HULBIG
Assistant United States Attorney
Criminal Division