IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-00442-M-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| TERESA LYN FLETCHER, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is Defendant's Motion to Seal docket entry 27 [DE 28]. Pursuant to Local Criminal Rule 55.2 and for the reasons set forth in the document, the motion is GRANTED. The Clerk of the Court shall maintain under seal the document at DE 27 until further order of the court.

SO ORDERED this 30th day of March, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE